UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the Matter of the Criminal Complaint:**

**Joshua T. Haynes**
**65311 Lake Drive**
**Cambridge, Ohio 43725**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Darren Smith (Your Affiant), a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Columbus Resident Agency, being duly sworn, hereby depose and state as follows:

2. I make this Affidavit in support of a criminal complaint to arrest Joshua T. HAYNES (HAYNES) for the illegal distribution and possession of child pornography, in violations of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4), and 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5). Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, Your Affiant did not include each and every fact known concerning this investigation. Your Affiant did not withhold any information or evidence that would negate probable cause. Your Affiant set forth only the facts that are believed to be necessary to establish probable cause that HAYNES committed the violations listed above.

3. Your Affiant has been employed as a police officer for the City of Powell since 1997 and is currently assigned to the Child Exploitation and Human Trafficking Task Force of the FBI, Cincinnati Division, Columbus Resident Agency since 2004. Your Affiant is primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children.

4. During my career as a Powell Police Officer and as a Task Force Officer for the FBI, Your Affiant has participated in numerous investigations involving cell phone and computer-related offenses and has executed dozens of search warrants to include those involving the search and

1

seizure of cell phones, computers, computer equipment, software, and electronically stored information.

5. Your Affiant has received both formal and informal training in the detection and investigations of cell phone and computer-related offenses both as a federal task force officer and as a police officer for the State of Ohio. As part of my duties as a task force officer, Your Affiant investigates criminal violations relating to child exploitation and child pornography violations, including the distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. Also as part of my duties as a task force officer, and relating to Your Affiant's experience investigating the above-described criminal violations, Your Affiant has reviewed countless examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

6. In or around June of 2019, an undercover agent from Salt Lake City Division of the FBI was engaged in online chats via the application "LIVEME." Based upon training and experience, Your Affiant is aware that LIVEME permits users to stream live video of themselves to an anonymous audience of fellow LIVEME users. Those users can then post comments to the user. LIVEME also allows users to create groups where like-minded people can chat/text other users and post videos and images. LIVEME creates a unique identifier, typically a string of numbers, for each individual, and each user has the ability to create a screen name that can be changed at any time.

7. The above-mentioned undercover agent identified an individual with a LIVEME profile ID number of 235492368 using the screen name "JT1986" as a member of a LIVEME group entitled "Fun Times Fun Times." The undercover agent was able to determine that members of the "Fun Times Fun Times" chat group were actively trading child pornography videos and images during their chats. The undercover agent was able to use recording software to document two trading sessions that occurred in the chat group on separate days. During the online sessions, LIVEME user JT1986 expressed having a sexual interest in incest and children, and distributed child pornography to the "Fun Times Fun Times" chat group on several occasions.

8. As mentioned above, law enforcement was able to record two of the trading sessions from the "Fun Times Fun Times" chat group. In one of the sessions, the recording captured chat conversations that took place on or about June 21 and 22, 2019, and included several LIVEME users. The recording showed that JT1986 posted two photos on or about June 22, 2019, of what appeared to be a prepubescent female exposing her vagina to the camera and digitally penetrating herself. The female appears to be a minor and is wearing only a black t-shirt that says "ice cream."

9. Further review of the chat recording showed that JT1986 posted two photos of young girls on June 21, 2019, at 4:13 AM. The first photo depicted two clothed girls who appeared to be approximately 11–13 years of age, wearing revealing clothing and appearing to be about to kiss each other. The second photo depicted two clothed girls who also appeared to be approximately 11–13 years of age, taking a selfie in a mirror while standing in a sexually provocative poses. Although these two photos did not depict child pornography, the children depicted were posed in a sexually provocative manner.

10. In addition, the chat recording show that, on June 21, 2019, at 1:46 AM, JT1986 posted several more pictures to the chat room. All of the pictures depicted clothed females who appeared to be under the age of 18, wearing sexually revealing clothing and posing in a sexually provocative manner. One photo in particular depicted a young female, approximately 12 years old, wearing jean shorts and a thin green tank top that was soaking wet. Through the tank top the girl's underdeveloped breasts and nipples were visible.

11. In addition, on or about June 22, 2019, a member of the "Fun Times Fun Times" chat group sent JT1986 a LIVEME message stating, "Hey I'm a perv dad, no limits, USA, hbu?" The next day at approximately 2:44 PM, JT1986 responded "same to all," and then JT1986 immediately started "following" the other LIVEME member. Your Affiant believes, based on training and experience, that JT1986's statement "same to all" indicates that JT1986 was claiming to also be a perv dad with no limits living in the USA. Your Affiant is further aware from training and experience that men who have a sexual interest in children frequently refer to themselves as

3

"perv" and use the phrase "no limits" to express their willingness to engage in sexual acts with children.

12. Another of the recordings, which was created on or about June 24, 2019, included chats from that date and several days prior. Based on that recording, JT1986 posted a video on LIVEME of an approximately 5–7 year old male, naked and visible only from the stomach down, lying on a bed that had a pink blanket with light pink polka dots. The video depicted an adult female performing fellatio on the naked young male child.

13. Subsequent subpoenas were served on LIVEME regarding the profile identified as "235492368," which resulted in the identification of Joshua HAYNES as the user residing at 65311 Lake Drive, Cambridge, OH 43725.

14. On or about September 10, 2019, a search warrant was issued in the United States District Court for the Southern District of Ohio for 65311 Lake Road, Cambridge, Ohio 43725. That warrant was execute on or about September 17, 2019, at approximately 9:30 AM. Joshua T. HAYNES was at home at the time the search warrant was executed and agreed to speak with investigators at that time.

15. HAYNES advised that he had been accessing his LIVEME account utilizing the screen name "JT1986" from a cell phone and computer located at his residence. HAYNES stated he had been invited into child pornography groups on LIVEME from people he met on LIVEME, and that the images and videos that he is interested in varies but that he likes females between 9 and 13 years of age. HAYNES stated he would view and receive child pornography mainly through so-called "Mega links" shared by other LIVEME users. Your Affiant is aware from training and experience that Mega is a cloud-storage and file-hosting service offered by Mega Limited, which offers its services through web-based and mobile apps. Mega is known for its large storage allocation for free accounts. HAYNES stated all of his child pornography should be located in his LIVEME app and not stored on his cell phone.

16. HAYNES also informed investigators that in 2018 law enforcement officers from Columbus, Ohio came to his house and seized his iPhone because they found child pornography in his Kik

account at the time. HAYNES said since the day they took the phone, he has not heard back from those law enforcement officers. HAYNES stated that, at the time his iPhone was seized, he was involved in several Kik groups that were trading child pornography.

17. During the search warrant, FBI investigators seized a Samsung Galaxy Note 8 cellular phone from the residence, which phone HAYNES identified as belonging to him. A subsequent forensic examination of the phone revealed that both LIVEME and Telegram were installed. Your Affiant is aware through training and experience that Telegram is a freeware, cross-platform, cloud-based instant messaging software and application service that provides end-to-end encrypted video calling, file sharing, among several other features. Telegram is often utilized by subjects in the trading of child pornography.

18. Five images depicting nude or partially nude females between the ages of 5 and 15 were recovered from a directory on the phone indicating that the images had been obtained through Telegram. In addition, 32 videos were also recovered from a directory on the phone indicating that the videos had been obtained through Telegram. Of the 32 videos, 27 were bookmarked and tagged for further review as child pornography. As an example, one of the videos (titled: 4_5823337038983726437.mpg), depicted a young girl, approximately 5–6 years old, on her hands and knees wearing a white shirt with blue markings and black pants. The girl has her pants pulled down and is exposing her anus while an adult male, wearing pink underwear, pulls out his penis and engages in anal intercourse with the child.

19. On or about November 18, 2019, Special Agent David A. Knight with the FBI Columbus Office physically examined and documented the LIVEME application installed on HAYNES' Samsung Galaxy Note 8 cell phone. The examination was performed pursuant to a search warrant signed in the U.S. District Court for the Southern District of Ohio and pursuant to a consent and account take-over agreement signed by Joshua HAYNES.

20. The JT1986 LIVEME account profile picture is an image of Joshua HAYNES' face. HAYNES' account shows he has 229 "Fans" and is following 1213 LIVEME users. HAYNES's account also is part of multiple "Fams," which, Your Affiant is aware from training and experience, is the term LIVEME uses for chat groups. Special Agent Knight

examined each "Fam" or chat group of which HAYNES was a member and discovered that several of the groups were dedicated to the trading of child pornography images and links. Special Agent Knight documented each group by recording and saving it for evidentiary purposes. A summary of the relevant chat groups is documented below. JT1986's activity in the groups is bolded.

**Chat Group Title: Private Link Group**
**Group Owner/Administrator: "Dii_Niice"**
**Summary of activity:**

- July 23, 2019      "Linda_me" posts an image of child pornography.
- July 24, 2019      "Daddau" posts, "Anyone else home with young? Pm me.
- July 29, 2019      "brad111222" posts an image of child pornography.

    "Dii_Niice" posts several images of child pornography.

    "Daddau" posts, "Any other dads with original stuff Pm me".

- July 30, 2019      **"JT1986" posts a mega.nz link.**
- August 1, 2019     **"JT1986" posts a mega.nz link.**
- August 5, 2019     "Destinyyxxx15" posts an image of child pornography.

    "Hi guy 2019" posts an image of child pornography.

- August 11, 2019    "brad111222" posts three images of child pornography.
- August 15, 2019    "Dii_Niice" posts an image if child pornography.

    **"JT1986" post a mega.nz link.**

- August 19, 2019    **"JT1986" post a mega.nz link.**
- August 23, 2019    "LM-82676519" posts two images of child pornography.

    "Jay05tiger" posts an image of childpornography.

- August 25, 2019 -  "Jay05tiger" posts an image of child pornography.

    "Dii_Niice" posts ten images of child pornography.

- September 14, 2019 "brad111222" post two images of child pornography.

6

**Chat Group Title: Yunyum Young Girls**
**Group Owner/Administrator: Unknown**
**Summary of activity:**

- July 23, 2019         "good times 999" posts eight images of child pornography.
                        "J.M.F.D.69" posts seven images of child pornography.
- July 24, 2019         "LM-311551628" posts four images of child pornography.
- July 29, 2019         "scott450" posts multiple images of child pornography.
- July 30, 2019         "jdvaldez32" posts an image of child pornography.
- August 1, 2019        **"JT1986" posts a mega.nz link.**
- August 2, 2019        "LM-311551628" posts multiple images of child pornography.
- August 3, 2019        "RonjonFLA" posts multiple images of child pornography.
- August 16, 2019       "mordecai crow" posts multiple images of child pornography.
- August 18, 2019       "casey" posts multiple images of child pornography.
- August 19, 2019       **"JT1986" posts a mega.nz link.**

**Chat Group Title: Rainbow Kids**
**Group Owner/Administrator: Unknown**
**Summary of activity:**

- July 31, 2019         "fundavey" posts images of child pornography.

                        "scott450" posts images of child pornography.

- August 6, 2019        "fundavey" posts images of child pornography.
- August 8, 2019        **"JT1986" posts, "My Best Link: Literallyeverything!!!" and then posts a mega.nz link.**
- August 9, 2019        "Javy Aguilar" posts an image of child pornography.
- September 1, 2019     "Zeuss Zeuss" posts images of child pornography

7

**Chat Group Title: Hot Fun**
**Group Owner/Administrator: Matt698**
**Summary of activity:**

- August 11, 2019    "brad111222" posts images of child pornography.
- August 12, 2019    "yohaney" posts images of child pornography.
- August 13, 2019    "yohaney" posts images of child pornography.
- August 16, 2019    "matt698" posts image of child pornography.
- August 18, 2019    "Jay05tiger" posts images of child pornography.

                        "RonjonFLA" posts images of child pornography.

**"JT1986" posts a Mega link**

21. The information on the above-listed chat groups is only a summary of the activity and does not encompass all chats or distribution of child pornography by members of the groups. Each chat group was recorded in its entirety and saved for further review.

22. Further review of the "JT1986" LIVEME account revealed that HAYNES engaged in private chats with other LIVEME members. The follow is a summary of some of those chats:

On or about August 7, 2019, "JT1986" and "savageboy" started a private chat:

| | |
|---|---|
| savageboy: | lets trade videos |
| **JT1986:** | **of** |
| savageboy: | (posts two images of child pornography) |
| savageboy: | you got snapchat |
| savageboy: | or somewhere we can trade |
| savageboy: | somebody screen shot you, and Your account. used it as there profile pic, so yeah all images were blurred out, it was a drag queen. |
| savageboy: | but anyways |
| **JT1986:** | **lol what** |
| **JT1986:** | **and yes have snapchat** |
| savageboy: | ikr |

8

| | | |
|---|---|---|
| | savageboy: | add my snapchat, jasonmk91 |

On August 28, 2019 "JT1986" and "MercyGurl" started a privatechat:

| | | |
|---|---|---|
| | MercyGurl: | hey any big links |
| | **JT1986:** | **hey, might have some, what you looking for?** |
| | MercyGurl: | young girl |
| | **JT1986:** | **(posts a Mega link)** |

23. As indicated above, HAYNES indicated to law enforcement that he had previously been subject to investigation by other law enforcement officers from Columbus, Ohio regarding his conduct related to child pornography. After speaking with HAYNES, Special Agent Knight requested information from Franklin County Internet Crimes Against Children (ICAC) Task Force from the 2018 HAYNES investigation. ICAC advised that it had become aware of HAYNES' prior activity related to child pornography based upon a referral from a different undercover law enforcement operation related to Kik Messenger. ICAC further advised that it began investigating HAYNES. ICAC further advised as follows:

24. Between on or about March 23, 2016, and on or about April 27, 2016, a Kik Messenger account with the username "jt0486" was used to disseminate child pornography. This was discovered during an undercover chat investigation conducted by members of the Saskatchewan, Canada Police Service and the Department of Homeland Security Investigations (HSI).

25. Your Affiant is aware of the following from training and experience. Kik Messenger, commonly called Kik, is a freeware instant messaging mobile app from the Canadian company Kik Interactive, available free of charge on iOS and Android operating systems. It uses a smartphone's data plan or Wi-Fi to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content after users register a username. Kik is known for its features preserving users' anonymity, such as allowing users to register without providing a

telephone number. The application logs user IP addresses, which the company can use to determine location.

26. IP logs for the account belonging to HAYNES were obtained from Kik after Kik was served with legal notice. One of the IP addresses used to access HAYNES's Kik account, 50.127.212.39, was assigned to Frontier Communications. Legal process was sent to Frontier Communications, and Frontier's response showed that the IP address was assigned to Ruth Hiles of 65311 Lake Road, Cambridge, Ohio 43725 at the time Kik reported activity from this IP address. A records search of this address showed there to be a Joshua HAYNES residing at this same address.

27. HAYNES's Kik account was still active in or around February of 2018, when Detective David Arriaga of the Franklin County ICAC Task Force received the information from HSI, and from the above legal process, pertaining to this case. As part of ICAC's operation, Detective Arriaga then used his undercover Kik account to communicate directly with HAYNES through the Kik messaging application. While chatting with Detective Arriaga, HAYNES sent a picture of his face, which appeared to be HAYNES based on a comparison to his Ohio driver license photo.

28. Detective Gino Bromelia, also of the Franklin County ICAC Task Force, reviewed six (6) media files that were shared by Kik user "jt0486," which were provided to ICAC by HSI. There were two (2) images and four (4) videos depicting suspected child pornography. As an example one of the videos (1461771425892-d895e83a-e885-4e21-942e-6b39ba942207.mp4) shows an adult male rubbing his penis on the lips of what appears to be a sleeping female toddler.

29. On or about July 31, 2018, Detective Bromelia and Detective Arriaga spoke with HAYNES at his home located at 65311 Lake Road, Cambridge, Ohio 43725. HAYNES admitted that the Kik account that had shared child pornography was his and that he had been using the account for several years. He admitted to having viewed child pornography obtained on Kik. HAYNES signed a consent form and allowed detectives to take and forensically examine the

contents of his iPhone 7 Plus. Detective Bromelia returned to the Franklin County Sheriff's Office with HAYNES's iPhone 7 Plus and conducted a Cellebrite forensic examination to view the contents of the device. The phone contained a video that appeared to be child pornography. In this video, titled "IMG_1039.mp4," a juvenile female and a juvenile male are seen taking off their clothes before engaging in vaginal intercourse.

30. After discovering that the device contained suspected child pornography a search warrant was obtained through the Franklin County Municipal Court, the jurisdiction in which the device was then being held. The search warrant was obtained and executed on the phone on August 14, 2018. Detective Bromelia examined the phone forensically using Cellebrite. The above-listed video, "IMG_1039.mp4," was again found and a forensic report containing information related to the case was generated. The video file was located in the "Recently Deleted" folder on the device, so the video was restored to the "Videos" folder of the device due to the fact that the file would have been deleted from the phone by the operating system after a set period of time. In addition to the video containing suspected child pornography, there were also various accounts using the same "JT0486" username as HAYNES used on Kik, as well as the email account "nikis_teddybear@yahoo.com," which is the email associated with the Kik account. The forensic examination also showed that Kik had, at one time, been installed on the device. To this date, HAYNES has not been charges and/or indicted for the above Franklin County ICAC case.

31. On or about August 6, 2020, a target letter was sent to Joshua HAYNES from the Southern District of Ohio Eastern Division. The letter gave HAYNES until September 7, 2020 to respond. HAYNES has not responded to this date.

_____
Darren Smith
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this __12__ day of April, 2021.

_____
Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio